UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIS REHABILITATION AND RESIDENTIAL HEALTH CARE FACILITY, LLC, et al.,   Plaintiff,  -v-  DAVID A. PATERSON, as Governor, et al.,   Defendant. | Case No. 10-CV-3979  **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Manhattanville SBV LLC  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** August 17, 2010

*Fran M. Jacobs*
**Signature of Attorney**

**Attorney Bar Code:** FJ 0892

Form Rule7_1.pdf   SDNY Web 10/2007