# Duane Morris

**FIRM and AFFILIATE OFFICES**

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

FRAN M. JACOBS
DIRECT DIAL: 212.692.1060
E-MAIL: fmjacobs@duanemorris.com

www.duanemorris.com

JOHN G. KOELTL
U.S.D.J.

May 27, 2011

**VIA FACSIMILE**

Hon. John G. Koeltl
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Atlantis Rehabilitation and Residential Health Care Facility v. Paterson (10-cv-3979)</u>

Dear Judge Koeltl:

Pursuant to this Court's March 7, 2011 memorandum endorsed, the parties submit this letter to report on the status of the above-entitled action. Under the terms of the joint application of the parties, so-ordered on June 30, 2010, three things had to occur before plaintiffs could move for a preliminary injunction and trigger defendants' time to respond to the Complaint – (a) approval by the Center for Medicare and Medicaid Services; (b) the adoption of a budget by the State of New York for FY2010-11; and (c) approval of reimbursement rates by the Director of the Budget of the State of New York. Although one of these events had occurred prior to January 2011, it is not clear to what extent the provisional rates that were the subject of the complaint in this action will change when the rates are finalized.

Due to changes suggested by Governor Cuomo's Medicaid Redesign Team and provisions of the 2011/2012 budget, it appears that a new rate structure will be submitted for approval. Plaintiffs hope soon to be in a position to determine whether the new rate structure will require a further amendment of the complaint or some other action on plaintiffs' part.

Respectfully submitted,

*Fran M. Jacobs*

Fran M. Jacobs

cc: Scott Spiegelman, Assistant Attorney General (by e-mail)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/31/11

*Parties should report to the Court on the status of this case by July 29, 2011. So ordered.*

5/27/11
*[signed]*
U.S.D.J.

DUANE MORRIS LLP
1540 BROADWAY NEW YORK, NY 10036-4086        PHONE: 212.692.1000  FAX: 212.692.1020
DM2/7230213