UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

ATLANTIS REHABILITATION AND
RESIDENTIAL HEALTH CARE FACILITY,
LLC; BEACH TERRACE CARE CENTER,
INC.; BELLHAVEN CENTER FOR
GERIATRIC AND REHABILITATIVE CARE,
INC.; BERKSHIRE NURSING HOME, LLC;
BRIDGE VIEW NURSING HOME, INC.;
CGSR, INC.; CLIFFSIDE NURSING HOME,
INC.; CORTLANDT HEALTHCARE, LLC;
FAIRVIEW NURSING CARE CENTER, INC.;
FOREST VIEW NURSING HOME, INC.;
FULTON COMMONS CARE CENTER, INC.;
GERMAN MASONIC HOME CORPORATION;
GNH LLC; GRANDELL REHABILITATION
AND NURSING CENTER, INC.; HAMILTON
PARK MULTICARE, LLC; HUDSON VIEW
CARE CENTER, INC.; HYDE PARK
NURSING HOME, INC.; IROP LLC;
KENNETH GAUL II, LLC; LAWRENCE
NURSING CARE CENTER, INC.; MAYFAIR
CARE CENTER, INC.; MEADOWBROOK
CARE CENTER, INC.; MICHAEL MELNICKE;
MIDWAY NURSING HOME, INC.; NEW
CARLTON REHAB AND NURSING CENTER,
LLC; NEW EAST SIDE NURSING HOME,
LLC; NEW GLEN OAKS NURSING HOME,
INC.; NORTHERN MANHATTAN NURSING
HOME, INC.; OCEANSIDE CARE CENTER,
INC.; OPOP LLC; PARK GARDENS
REHABILITATION AND NURSING CENTER,
LLC; PARK HOUSE CARE CENTER, LLC;
PARK TERRACE CARE CENTER, INC.;
PELHAM PARKWAY NURSING CARE AND
REHABILITATION FACILITY, LLC;
PONTIAC NURSING HOME, LLC;
PROMENADE NURSING HOME, INC.;
QUEENS NASSAU NURSING HOME, INC.;
RIVER VALLEY CARE CENTER, INC.;
ROCKAWAY CARE CENTER LLC; SILVER
LAKE SPECIALIZED REHABILITATION
AND CARE CENTER, LLC; SMITHTOWN
HEALTH CARE MANAGEMENT LLC;
SOUTH SHORE NURSING HOME, INC.;

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __8/30/11__

10 CV 3979 (JGK)

NOTICE OF VOLUNTARY
DISMISSAL UNDER
FED. R. CIV. P. 41(a)

DM2\2983406.1

```
SUNSHINE CARE CORP.; THE NURSING      :
CARE CENTER AT MEDFORD, INC.; UNION   :
PLAZA NURSING HOME, INC.; VJJ         :
HOLDING COMPANY, LLC; WLOP LLC;       :
WMOP LLC; WOODCREST                   :
REHABILITATION & RESIDENTIAL          :
HEALTH CARE CENTER, LLC, and          :
MANHATTANVILLE SBV LLC                :
                                      :
              Plaintiffs,             :
                                      :
         -against-                    :
                                      :
DAVID A. PATERSON, as Governor of the State   :
of New York; RICHARD F. DAINES, M.D., :
as Commissioner of the New York State :
Department of Health; and ROBERT L. MEGNA,    :
as Budget Director of the New York State      :
Division of Budget,                   :
                                      :
              Defendants.             :
                                      x
```

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, defendants having not yet served an answer to the complaint or motion for summary judgment in the above-entitled action, plaintiffs hereby dismiss the above-entitled action without prejudice.

Dated:  New York, New York
        August 30, 2011

SO ORDERED:

_____
U.S.D.J.
8/30/11

                                        DUANE MORRIS LLP

                                        By: _Fran M. Jacobs_____
                                            Jerome T. Levy
                                            Fran M. Jacobs
                                            Susan V. Kayser
                                        1540 Broadway
                                        New York, New York 10036
                                        Tel. (212) 692-1000
                                        Fax: (212) 692-1020
                                        Attorneys for Plaintiffs

- 2 -

DM2\2983400.1

TO:   ATTORNEY GENERAL OF THE STATE OF NEW YORK
      Scott Spiegelman, Assistant Attorney General
      James Hershler, Assistant Attorney General
      120 Broadway
      New York, NY 10271
      (212)-416-8558
      Fax: (212)-416-6077
      Attorneys for Defendants

DM2\2981406.1